**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 30, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CARLA DAVIS; JALEN DAVIS,

     Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF JUSTICE;
MERRICK B. GARLAND, U.S. Attorney
General, in his official and individual
capacities; U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
XAVIER BECERRA, Secretary of Health
and Human Services, in his official and
individual capacities; DUSTON J.
SLINKARD, Kansas U.S. Attorney, in his
official and individual capacities; ERIC
MELGREN, former Kansas U.S. Attorney,
in his official and individual capacity;
KRIS W. KOBACH, Kansas Attorney
General, in his official and individual
capacity; KANSAS HOMELAND
SECURITY; DAVID WEISHAAR,
Kansas Homeland Security Director and
Adjunct General, in his official and
individual capacity; KANSAS
DEPARTMENT OF HEALTH AND
ENVIRONMENT; JANET STANEK,
KDHE Secretary, in her official and
individual capacity; JAMES MICHAEL
MOSER, M.D., Kansas Department of
Health and Environment Lead Public
Health Physician, in his official and
individual capacity; KANSAS
INSURANCE DEPARTMENT; VICKI
SCHMIDT, Kansas Insurance
Commissioner, in her official and
individual capacity; KANSAS HEALTH
CARE STABILIZATION FUND; CLARK

No. 23-3244
(D.C. No. 6:23-CV-01010-JAR-BGS)
(D. Kan.)

SHULTZ, Executive Director, Kansas Health Care Stabilization Fund, in his official and individual capacity; SEDGWICK COUNTY, KANSAS, BOARD OF COMMISSIONERS, Board of Health; MARC BENNETT, Sedgwick County District Attorney, in his official and individual capacity; CITY OF WICHITA CITY COUNCIL; CENTRAL PLAINS HEALTH CARE PARTNERSHIP; MEDICAL SOCIETY OF SEDGWICK COUNTY; WESLEY MEDICAL CENTER, LLC; THE CHILDREN'S MERCY HOSPITAL; WICHITA CLINIC, P.A., f/k/a Christi Clinic, P.A. n/k/a Ascension Medical Group Via Christi, P.A.; KANSAS UNIVERSITY SCHOOL OF MEDICINE, Wichita, and its Wichita Center for Graduate Medical Education, Inc.; GAROLD O. MINNS, M.D., Dean of KU School of Medicine-Wichita, in his official and individual capacity; STEWART E. DISMUKE, M.D., former Dean of KU School of Medicine-Wichita, in his official and individual capacity; ROBERT KENAGY, M.D., Wichita Clinic Medical Director, in his official and individual capacity; CLYDE WILSON WESBROOK, M.D., in his official and individual capacity; DEE SPADE, M.D., Wichita Clinic, in her official and individual capacity; VIRGIL F. BURRY, M.D., Exe. Medical Director Children's Mercy Hospital, in his official and individual capacity; HEWITT GOODPASTURE, M.D., Medical Society of Sedgwick County, in his official and individual capacity; DAVID GRAINGER, M.D., Central Plains Health Care Partnership/KU School of Medicine OB/GYN Chairman, in his official and individual capacity; TRAVIS STEMBRIDGE, M.D., OB/GYN Former

2

President of Medical Society of Sedgwick
County, in his official and individual
capacity; GERARD BASSELL, M.D.,
Anesthesiologist, KU School of Medicine
Program Director, in his official and
individual capacity; ANNA F. STORK-
FURY, Former KU Medical Student
OB/GYN, in her official and individual
capacity; BRENDA KALLEMEYN,
Former KU Medical Student OB/GYN, in
her official and individual capacity; TOM
YAO, Former KU Medical Student
Anesthesia, in his official and individual
capacity; GIANFRANCO PEZZINO,
M.D., State of Kansas Epidemiologist, in
his official and individual capacity;
FOULSTON SIEFKIN LLP; KLENDA,
MITCHELL, AUSTERMAN &
ZUERCHER, LLC, a/k/a Klenda
Austerman, LLC; BRANDON WHIPPLE,
Mayor; in his official and individual
capacity; WICHITA CENTER FOR
GRADUATE MEDICAL EDUCATION,
INC.,

    Defendants - Appellees.

---

## ORDER

---

Before **TYMKOVICH, MATHESON,** and **MCHUGH**, Circuit Judges.

---

    This matter is before the court on "Appellant's Petition for Panel Rehearing and Rehearing En Banc." Upon careful consideration, we direct as follows.

    Pursuant to Fed. R. App. P. 40, the petition for panel rehearing is GRANTED IN PART to the extent of the modifications in the attached revised order and judgment. The

court's August 1, 2024 order and judgment is withdrawn and replaced by the attached revised order and judgment, which shall be filed as of today's date.

Because the panel's decision to partially grant rehearing resulted in only non-substantive changes to the order and judgment that do not affect the outcome of this appeal, Appellants may not file a second or successive rehearing petition. *See* 10th Cir. R. 40.3.

The petition for rehearing en banc and the attached revised order and judgment were transmitted to all non-recused judges of the court who are in regular active service. As no member of the panel and no non-recused judge in regular active service requested that the court be polled, the petition for rehearing en banc is denied. *See* Fed. R. App. P. 35(f).

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk