FILED
United States Court of Appeals
Tenth Circuit

December 12, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

CARLA DAVIS; JALEN DAVIS,

    Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants - Appellees.

No. 23-3244
(D.C. No. 6:23-CV-01010-JAR-BGS)
(D. Kan.)

_____

**ORDER**
_____

Before **TYMKOVICH**, **MATHESON**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court on Appellants' motion to recall the mandate and for certified copies of certain court documents. Our mandate issued on October 22, 2024.

We have the inherent power to recall the mandate, but because of the importance of finality of judgments, this power should be "exercised only in extraordinary circumstances." *Calderon v. Thompson*, 523 U.S. 538, 550 (1998) ("The sparing use of the power demonstrates it is one of last resort, to be held in reserve against grave, unforeseen contingencies."). Appellants have presented no extraordinary circumstances that warrant recalling the mandate.

The motion to recall the mandate and for certified copies of court documents is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk