UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
United States Court of Appeals
Tenth Circuit

March 22, 2024

Christopher M. Wolpert
Clerk of Court

_____

CARLA DAVIS, et al.,

    Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants - Appellees.

No. 23-3244
(D.C. No. 6:23-CV-01010-JAR-BGS)
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on a motion filed by appellants Carla Davis and Jalen Davis. The motion asks the court to set a due date for the response briefs of the following parties:

- Tom Yao, M.D.;
- Ascension Medical Group Via Christi P.A.;
- Merrick B. Garland and Xavier Becerra;
- Gerald Bassell M.D.; and
- Kansas Insurance Department and Vicki Schmidt, Kansas Insurance Commissioner

The motion is denied as unnecessary. The court already has set all relevant response brief due dates. Indeed, Merrick B. Garland and Xavier Becerra filed their response brief on March 21, 2024. The court notes that no appellee is required to file a

response brief. However, the court further notes that any appellee that does not file a response brief will forfeit the opportunity to respond in writing to the arguments made by appellants in their opening brief. Additionally, any appellee that does not file a response brief will not be heard at oral argument absent specific court permission, should the court hear oral argument in this matter. *See* Fed. R. App. P. 31(c).

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk