# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| CARLA DAVIS, <br> and <br><br> JALEN DAVIS, <br><br>     Plaintiffs-Appellants <br><br> v. <br><br> **U.S. DEPT. OF JUSTICE; MERRICK B. GARLAND**-U.S. Attorney General; **U.S. DEPT. OF HEALTH and HUMAN SERVICES; XAVIER BECERRA**-Secretary of Health and Human Services; **DUSTIN SLINKARD**-Kansas U.S. Attorney; **ERIC MELGREN**-Former -Kansas U.S. Attorney; **KRIS W. KOBACH**-Kansas Attorney General; **KANSAS HOMELAND SECURITY; DAVID WEISHAAR**-Adjunct General; **KANSAS DEPT. OF HEALTH AND ENVIRONMENT (KDHE); JANET STANEK**-KDHE Secretary; **JAMES MICHAEL MOSER m.d.**-Former KDHE lead public health physician; **KANSAS INSURANCE DEPT; VICKI SCHMIDT**-Kansas Insurance Commissioner; **KANSAS HEALTH CARE STABILIZATION FUND; CLARK SHULTZ**-Executive Director of Kansas Health Care Stabilization Fund; **SEDGWICK COUNTY COMMISSIONERS**-Board of Health; **MARC BENNETT**-Sedgwick County District Attorney; **CITY OF WICHITA CITY COUNCIL; BRANDON WHIPPLE**-Mayor of Wichita; **CENTRAL PLAINS HEALTH CARE PARTNERSHIP; MEDICAL SOCIETY OF SEDGWICK COUNTY; WESLEY MEDICAL CENTER LLC; THE CHILDREN'S MERCY HOSPITAL; WICHITA CLINIC P.A.-**(Name changes: Via Christi Clinic P.A., NOW: **ASCENSION MEDICAL GROUP VIA CHRISTI P.A.;** **KANSAS UNIVERSITY SCHOOL OF MEDICINE-WICHITA and it's WICHITA CENTER FOR GRADUATE MEDICAL EDUCATION. INC.; GAROLD O. MINNS m.d.**-Dean of KU School of Medicine-Wichita; **STEWART E. DISMUKE m.d.**-Former Dean of KU School of Medicine-Wichita; **ROBERT KENAGY m.d.**-Wichita Clinic Medical Director; **CLYDE WILSON** | CASE No. **23-3244** |

1-7

| | |
|---|---|
| WESBROOK m.d.; DEE SPADE m.d.-Wichita Clinic; VIRGIL F. BURRY m.d.-Exe. Medical Director of the Children's Mercy Hospital; HEWITT GOODPASTURE m.d.-Medical Society of Sedgwick County; DAVID GRAINGER m.d.-Central Plains Health Care Partnership/ KU School of Medicine OB/GYN Chairman; TRAVIS STEMBRIDGE m.d. OB/GYN-Former President of Medical Society of Sedgwick County; GERARD BASSELL m.d.- Anesthesiologist-KU School of Medicine Program Director; ANNA F. STORK-FURY-Former KU Medical Student-OB/GYN; BRENDA KALLEMEYN-Former KU Medical Student-OB/GYN; TOM YAO-Former KU Medical Student- Anesthesia; GIANFRANCO PEZZINO m.d.-State of Kansas Epidemiologist; FOULSTON SIEFKIN L.L.P.; KLENDA MITCHELL AUSTERMAN ZUERCHER L.L.C. (KLENDA AUSTERMAN L.L.C.)<br><br>Defendants-Appellees | CASE No. 23-3244 |

## APPELLANTS' OBJECTION TO THE COURT ORDER FILED MARCH 22, 2024 DENYING TO ASSIGN A SPECIFIC DUE DATE FOR APPELLEE BRIEFS OF TOM YAO M.D. And ASCENSION MEDICAL GROUP VIA CHRISTI P.A.

COMES NOW the Appellants- Carla Davis and Jalen Davis respectfully raising their objection to the Appeals Court Order filed March 22, 2024, responding to their document "Request For Reply Brief Due Date For Appellees Who were Served An Appellants' Brief Via Postal Mail From The Appellants" filed March 22, 2024. The Court's Order filed March 22, 2024, states: **"The motion is denied as unnecessary. The court has already set <u>all relevant response brief due dates.</u>"** Carla and Jalen do not agree with this statement.

In a Docket Text dated February 27, 2024 at 12:35:28 PM Mountain Standard Time; the Appeals Court assigned an Appellee Brief Due Date for <u>March 28, 2024 for</u> multiple Appellees in this case. Carla and Jalen do acknowledge that

2-7

Merrick B. Garland, Xavier Becerra, Gerald Bassell, Kansas Insurance Department, And Vicki Schmidt were also listed in the docket text.

Regarding Appellees-Tom Yao and Ascension Medical Group Via Christi P.A. neither of these appellees are listed in the docket text for a brief due date assignment. Both Tom Yao and Ascension Medical Group Via Christi P.A. are "**relevant**" and need to be assigned a specific Appellee Brief Due Date because the District Court Record shows both were summoned by the District Court for this case. (See Attached District Court Summons - Tom Yao filed February 10, 2023. Ascension Medical Group Via Christi P.A. filed April 17, 2023 as a separate appellee entity for this case, and "Reminder Notice To Ascension Organization filed May 10, 2023). The appellants Carla and Jalen had the responsibility to serve copies of their Briefs to both Tom Yao and Ascension Medical Group Via Christi P.A. because the District Court record shows that the District Court Summoned both appellees to appear making them relevant to be assigned a specific Appellee Brief Due Date.

Wherefore appellants respectfully ask the Appeals Court to assigned a Reply Brief due date to Tom Yao and Ascension Medical Group Via Christi P.A. not to decide this case before a Reply Brief Due Date is assigned to both Tom Yao and Ascension Medical Group Via Christi P.A.

Respectfully Submitted,

*Jalen Davis / Carla Davis*

Jalen Davis and Carla Davis
901 N. Belmont; Wichita, Ks. 67208
316-691-8804 (phone)
Email: cardav01292021@yahoo.com

CASE No. 23-3244

3 - 7

# CERTIFICATE OF SERVICE

We hereby certify that:

    All other parties to this litigation who have entered their appearance are either (1) represented by attorneys; or (2) have consented to electronic service in this case.

AND Postal Mailed to Appellees without legal Counsel who was summoned by the District Court:

**Tom Yao M.D. Address**: 4445 Magnolia Ave.; Riverside, CA., 92501-4135; Riverside County

**Ascension Organization -Ascension Medical Group Via Christi, P.A.** (Merger and name change for Wichita Clinic P.A.) Addresses: **(1.)** Corporation Service Company; 1100 SW Wanamaker Rd., Suite 103; Topeka, Ks. 66604

_____
Jalen Davis and Carla Davis

Date  Apr. 14, 2024

**CASE No. 23-3244**

4-7

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Carla Davis, Indv ) 
Jalen Davis, Indv )
)
_____ )
Plaintiff(s) )
v. ) Civil Action No.
)
) **6:23-CV-1010-JAR-GEB**
U.S. Dept of Justice, et Al )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant TOM YAO- 2003 Medical Student at KU School Of Medicine- Wichita Anesthesia Program is being sued in his official and individual capacity with the principle address 17130 Van Buren Blvd # 311, Riverside, CA 92504-5905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carla Davis    Jalen Davis
901 N. Belmont    901 N. Belmont
Wichita, KS 67208    Wichita, KS 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/26/2023    s/ Sarah M. Zepick
_____    _____
    Signature of Clerk or Deputy Clerk

5-7

FILED
U.S. District Court
District of Kansas

APR 17 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

COPY

Carla Davis, Indv.
Jalen Davis, Indv.

_____
Plaintiff(s)

v.

U.S. Dpt of Justice, et al
_____
Defendant(s)

Civil Action No. 6:23-CV-01010-JAR-KGG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ascension
Ascension Medical Group Via Christi, P.A.
(Previous Names: Via Christi Clinic, P.A.
Wichita Clinic P.A.
2900 SW Wanamaker Drive, Suite 204,
Topeka, KS 66614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carla Davis                    Jalen Davis
901 N. Belmont                 901 N. Belmont
Wichita, KS 67207              Wichita, KS 67207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/8/2023          _____
                         *Signature of Clerk or Deputy Clerk*

6-7


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLA DAVIS, indv. ) | |
| JALEN DAVIS, indv. ) | |
| Plaintiffs ) | Case No. 6:23-CV-01010-JAR-KGG |
| v. ) | |
| U.S. Dept. of Justice, et al ) | |
| Defendants ) | |
| _____ ) | |

## REMINDER NOTICE TO ASCENSION ORGANIZATION

COMES NOW plaintiffs Carla Davis and Jalen Davis, providing a reminder to the **ASCENSION** organization to provide a response to the plaintiffs' summons and complaint served upon the organization's registered agent Corporation Service Company on April 6, 2023, to prevent a Fed. Rule Civ. P. -Rule 55 Default Judgment.

*Carla Davis* *Jalen Davis* 5/10/2023

Carla Davis and Jalen Davis

901 N. Belmont

Wichita, Kansas 67208

316-691-8804 (phone)

Email: cardav01292021@yahoo.com

7—7

Carla Davis
Jalen Davis
901 N. Belmont
Wichita Ks.
67208



CARLA & JALEN DAVIS
(316) 691-8804
THE UPS STORE #0952
6446 E CENTRAL AVE
WICHITA KS 67206-1923

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 04 APR 2024

SHIP 10TH CIRCUIT OFFICE OF CLERK
TO: UNITED STATES COUNTY APPEALS
    1823 STOUT ST

DENVER CO 80257-0001

CO 802 9-50

UPS GROUND
TRACKING #: 1Z 57E 7Y6 03 9636 0752

BILLING: P/P

United States Court of Appeals
For the 10th Circuit
Office of the Clerk
1823 Stout Street
Denver, Colorado
80257

UNITED STATES COUNTY APPEALS
1823 STOUT ST
DENVER CO 80257

P:BLACKS:5BR  5W
557-4720 0752
1Z57E7Y603 9636
SAT08485 XLE 02.1 6 04 10 22 2024
US 8001 HIPPS 24.3.1 ApfSAT08485 XLE_02-1sL