FILED
United States Court of Appeals
Tenth Circuit

April 10, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

CARLA DAVIS, et al.,

    Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants - Appellees.

No. 23-3244
(D.C. No. 6:23-CV-01010-JAR-BGS)
(D. Kan.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on "Appellants' Objection to the Court Order Filed March 22, 2024 Denying to Assign a Specific Due Date for Appellee Briefs of Tom Yao M.D. and Ascension Medical Group Via Christi P.A." Appellants object to the court's March 22, 2024 order that denied a motion to set a brief due date for specific Appellees as unnecessary. In the "Objection," Appellants request the court to set a brief due date for two Appellees.

Appellants' "Objection," construed as a motion for reconsideration of the court's March 22, 2024 order, is DENIED for the following reasons. "Ascension Medical Group Via Christi P.A." is identified on the docket as Appellee Wichita Clinic, P.A., fka Christi Clinic, P.A., nka Ascension Medical Group Via Christi, P.A. Appellee Wichita Clinic, P.A. joined Appellees' brief filed on March 28, 2024. Appellee Tom Yao did not enter an

appearance in the district court, nor has he entered an appearance in this appeal. The court does not require an Appellee to participate in an appeal. *Cf.* Fed. R. App. 31(c).

Appellants' optional reply brief remains due April 22, 2024.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk