FILED
United States Court of Appeals
Tenth Circuit

April 22, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CARLA DAVIS, et al.,

    Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants - Appellees.

No. 23-3244
(D.C. No. 6:23-CV-01010-JAR-BGS)
(D. Kan.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on "Appellants' Objection to the April 10, 2024 Court Order." Appellants' "Objection," construed as a motion for reconsideration of the April 10, 2024 order, is denied. No further objections or requests for reconsideration regarding brief due dates for Appellees will be considered.

Appellants' optional reply brief remains due April 22, 2024. The required briefing for this appeal is complete, and this appeal is submitted to the court for consideration on the merits.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk